# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Cynthia Magallon,<br><br>               Plaintiff,<br>v.<br><br>Trans Union LLC; Experian Information Solutions, Inc. and Clarity Services, Inc.,<br><br>               Defendants. | Case No.: 2:25-cv-00315<br><br>**ORDER GRANTING**<br><br>**Stipulation for dismissal of Trans Union LLC with prejudice** |

    Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Cynthia Magallon and Trans Union LLC stipulate to dismiss Plaintiff's claims against Trans Union LLC with prejudice.

///
///
///
///
///
///

Each party will bear its own costs, disbursements, and attorney fees.

Dated: June 30, 2025.

IT IS SO ORDERED.

_____

ANNE R. TRAUM

UNITES STATES DISTRICT JUDGE

DATED: July 1, 2025