George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos, Esq.
Nevada Bar No. 15171
**FREEDOM LAW FIRM, LLC**
8985 South Eastern Ave., Suite 100
Las Vegas, NV 89123
ghaines@freedomlegalteam.com
gavalos@freedomlegalteam.com
Phone: (702) 880-5554
FAX: (702) 385-5518
*Attorneys for Cynthia Magallon*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Cynthia Magallon, <br><br> Plaintiff, <br> v. <br><br> Trans Union LLC; Experian Information Solutions, Inc. and Clarity Services, Inc., <br><br> Defendants. | Case No.: 2:25-cv-00315 <br><br> **Unopposed Motion for Extension of Time to File Dismissal Documents** |

_____

STIPULATION                                         - 1 -

The dispute between Cynthia Magallon ("Plaintiff") and Experian Information Solutions, Inc. ("Defendant") (together as the "Parties") has been resolved.

On May 13, 2025, Plaintiff filed a Notice of Settlement and requested 60 days to file dismissal documents. ECF No. 13.

Accordingly, Plaintiff, by and through counsel, hereby submits this Unopposed Motion for Extension of Time to File Dismissal Documents.

The parties have reached settlement terms, and the settlement agreement is awaiting final approval and signatures. Once the settlement agreement is finalized, Plaintiff will dismiss the claims against Defendant with Prejudice.

Plaintiff requests, and Defendant does not oppose the request, that all pending dates and filing requirements as to Plaintiff and Defendant continue to be vacated and that the Court allow the parties an additional 30 days, until on or before **August 13, 2025**, to file dismissal documents.

Dated: July 14, 2025.

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
Dated: 8-1-25

Respectfully submitted,

**FREEDOM LAW FIRM**

 /s/ *George Haines*
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
*Counsels for Cynthia Magallon*